**No. 60820.**—Cosmos Shipping Company, Inc. *v.* United States, protests 280248–K and 280249–K (New York).

Opinion by WILSON, J.  At the trial, the Government conceded that there was an error in liquidation and that the merchandise in question was properly dutiable, as claimed.  The claim of the plaintiff was, therefore, sustained.

BEFORE THE SECOND DIVISION, JUNE 4, 1957

**No. 60821.**—Ottavia, Inc. *v.* United States, protest 248974–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of brass curtain clips, which are utensils designed and chiefly used for utilitarian purposes in the household, the claim of the plaintiff was sustained.

**No. 60822.**—Herz Specialty Products, Inc., and D. J. Ambrosio *v.* United States, protest 279002–K (New York).

Opinion by LAWRENCE, J.  In accordance with stipulation of counsel that the merchandise consists of traveling irons similar in all material respects to those the subject of *Greatrex, Limited,* and *J. J. Gavin & Co., Inc.* v. *United States* (33 Cust. Ct. 79, C. D. 1639), the claim of the plaintiffs was sustained.